UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ROCHELLE HAMS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:15-CV-01455-MJP-DWC<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Appeals Council will prepare an allowance as of the claimant's 55th birthday, and remand the case to an ALJ for consideration of the claimant's disability prior to that time.

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

///

Page 1    ORDER - [2:15-CV-01455-MJP-DWC]

DATED this __23__ day of __March__ 2016.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov